Form B23 (Official Form 23) – (12/08)                                    2008 USBC, Central District of California

| United States Bankruptcy Court<br>Central District Of California | | |
|---|---|---|
| In re:<br>Gilberto Santana<br>Hortencia Hernandez Santanaaka Hortencia Hernandez Ramos, fka Hortencia Hernandez Perez<br><br>Debtor(s) | CHAPTER NO.: 7<br><br>CASE NO.: 6:10-bk-14754-MJ | **FILED**<br>MAR 09 2010<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:         Deputy Clerk |

# DEBTOR'S CERTIFICATION OF COMPLETION
## OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING
## PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☒ I, __HORTENCIA Hernandez Santana__, the debtor in the above-styled case, hereby certify that on
       (Print Name of Debtor)

__3-3-10__. I completed an instructional course in personal financial management provided by
     (Date)

__Hummingbird Credit Counseling and Education__, an approved personal financial management provider.
     (Name of Provider)

Certificate No. (if any): _____

☐ I, _____, the debtor in the above-styled case, hereby certify that no
     (Printed Name of Debtor)

personal financial management course is required because of: *[Check the appropriate box.]*

  ☐   Incapacity or disability, as defined in 11 U.S.C. § 109(h);

  ☐   Active military duty in a military combat zone; or

  ☐   Residence in a district in which the United States trustee *(or bankruptcy administrator)* has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Date __3-7-10__            Signature of Debtor: __Hortencia Santana__

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (see Fed. R. Bankr. P. 1007(c).)

Form B23 (Official Form 23) – (12/08)                                                    2008 USBC, Central District of California

# United States Bankruptcy Court
## Central District Of California

| In re:<br>Gilberto Santana<br>Hortencia Hernandez Santanaaka Hortencia Hernandez Ramos, fka Hortencia Hernandez Perez<br><br>Debtor(s). | CHAPTER NO.: 7<br><br>CASE NO.: 6:10-bk-14754-MJ | FILED<br><br>MAR 09 2010<br><br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |

## DEBTOR'S CERTIFICATION OF COMPLETION
## OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING
## PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☒ I, __Gilberto Santana__, the debtor in the above-styled case, hereby certify that on
   (Print Name of Debtor)

__3-3-10__. I completed an instructional course in personal financial management provided by
(Date)

__Hummingbird Credit Counseling and Education__ an approved personal financial management provider.
(Name of Provider)

Certificate No. (if any): _____

☐ I, _____, the debtor in the above-styled case, hereby certify that no
(Printed Name of Debtor)

personal financial management course is required because of: *[Check the appropriate box.]*

☐ Incapacity or disability, as defined in 11 U.S.C. § 109(h);

☐ Active military duty in a military combat zone; or

☐ Residence in a district in which the United States trustee *(or bankruptcy administrator)* has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Date __3-7-10__                     Signature of Debtor: __Gilberto Santana__

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (see Fed. R. Bankr. P. 1007(c).)

006932                                            5550400693B032